BEFORE THE FIRST DIVISION, MARCH 22, 1944

No. 49281.—Protests 74472–K, etc., of G. J. Kluyskens et al. (Baltimore, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.